UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS L. D'AQUIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-3505** |
| **ALVIN LEE AND WARREN MANAGER** | **SECTION: "L" (4)** |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Thomas L. D'Aquin's § 1983 claims against Alvin Lee and Warren Manager are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this   22nd   day of   AUGUST  , 2023.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**